# Exhibit B



# VANDEVEER
## hospitality advisors, inc.

**"SPECIALIZATION WITH THE FRONT LINE EXPERIENCE & EXPERTISE YOU SEEK"**

- Home
- Why VHA
- Services We Provide
- Testimonials
- Clients
- Projects & Case Studies
- Member Login
- Contact Us

## "WELCOME TO VANDEVEER HOSPITALITY ADVISORS"

**Vandeveer Hospitality Advisors (VHA)** a WBE entity, was formed by senior executives in the hospitality industry who have experience and expertise in the following primary disciplines which reflect our **core competencies** in the specialized field of hotel investment and development.

- **PHYSICAL ASSET EVALUATION, PLANNING AND IMPLEMENTATION**
  - Project Management
  - Owner Representation
  - Due Diligence Budgeting and Reporting
  - Property Improvement Plan (PIP) Budgeting and Deferred Items Recommendation
  - Capital Expenditure Programs

- **INVESTMENT UNDERWRITING AND STRATEGIC ADVICE**
  - Sales and Marketing Guidance and Recommendations
  - Operational/Financial Evaluations & Asset Management

**With over 125 years** of combined experience, we provide **targeted expertise** to successfully manage the assignment at hand. One of our "Points of Difference" is that all our executives have **front line experience**, have seen all types of issues and approaches and have actually implemented the solutions to remedy the same. **Our cost effective services are performed by our senior staff.**

Typically, our assignments are best accomplished by the combination (integration) of our skill sets as appropriate instead of just one advisor providing generalized solutions. We give you complete, comprehensive evaluations and solutions under "one roof" and not just pieces that require the potentially disparate analyses of multiple firms that may not yield cohesive solutions for the requirements of your objectives. We give you the entire, realistic "picture" for you to make informed, knowledgeable decisions.







# VANDEVEER
## hospitality advisors, inc.

**"SPECIALIZATION WITH THE FRONT LINE EXPERIENCE & EXPERTISE YOU SEEK"**

- Home
- Why VHA
- Services We Provide
- Testimonials
- Clients
- Projects & Case Studies
- Member Login
- Contact Us

## PARTIAL LIST OF CLIENTS FOR WHOM THE EXECUTIVES AT VHA HAVE PERFORMED SERVICES AND THE BRANDS REPRESENTED

### CLIENTS

Starwood Hotels and Resorts
Intercontinental Hotels and Resorts
W Hotels
Fairmont Hotels and Resorts
Hotel Properties Trust
Starwood Capital
Walt Disney Company
Rockwood Capital
RLJ Lodging Trust
Channel West
24/7 Hotels
Davidson Hotels
Chartres Lodging Group
Och Zif
Trammel Crow Holdings
Hines
Kennedy and Associates
Cornerstone Real Estate Partners
Northwood Advisors
Jones Lang LaSalle
Hotel Equity Investors
Secured Capital
Radisson Hotels
American General Hospitality (Meristar)
Lewis Family Trust
Beacon Lodging
Prudential Real Estate
Countrywide Realty
Ben Carter Properties
Peterson and Company
AmReit
Bromont Development
Cabi Development
RFS Hotel Group
City of Bowling Green
Signet Hotel Company
Amresco Asset Management
SRS-World Hotels
TRUST International
Lake Lawn Resort Developer
San Miguel d'Allende Developer
Roatan Resort Developer
Hampstead Group
Georgia Tech Alumni Association
Marine Corps Club System at Quantico
Library of Congress Foodservice
IBM Armonk Executive Facility
Glade Springs Resort
Red Fox Inn
State of Louisiana

### BRANDS

Ritz Carlton
Hyatt Hotels and Resorts
Marriott Hotels and Resorts
Hilton Hotels and Resorts
Renaissance Hotels
Four Seasons Hotels and Resorts
W Hotels
Courtyard by Marriott
Residence Inn
Westin Hotels
Sheraton Hotels
4 Points by Sheraton
aLOFT a Vision of W Hotels
Element by Westin
Morgans Hotels
Kimpton Hotels
Gansvoort Hotels
Wyndham Hotels and Resorts
Crowne Plaza Hotels
Holiday Inn
Hyatt House
Cambria Hotels
Campanile
Hyatt Place
Embassy Suites
Radisson Hotels
Hilton Garden Inn
Doubletree Hotels
Intercontinental Hotels
Staybridge Suites
Candlewood Suites
Various Independent Properties







# VANDEVEER
## hospitality advisors, inc.

**"SPECIALIZATION WITH THE FRONT LINE EXPERIENCE & EXPERTISE YOU SEEK"**

- Home
- Why VHA
- Services We Provide
- Testimonials
- Clients
- **Projects & Case Studies**
- Member Login
- Contact Us

## SELECT COMPLETED PROJECTS AND CASE STUDIES





| | |
|---|---|
| **PROJECT** | **HOSPITALITY PROPERTIES TRUST/INTERCONTINENTAL HOTELS GROUP CAPITAL PLAN** |
| **LOCATION** | **Nationwide and Canada** |
| **PROJECT TYPE** | **PIP Renovation** to 80 properties, including full guest room, bath and kitchens at all properties. Select public area upgrades to each property, ADA upgrades as required by local jurisdictions, Exterior skin repair and upgrades, site and amenity upgrades per property. Technology and BOH/Life Safety repair and upgrades as determined by each brand and jurisdiction. |
| **NO. OF GUESTROOMS** | 10,0000 Rooms |
| **OVERALL BUDGET** | $187,000,000.00 |
| **OVERALL SCHEDULE** | 2/11/2011 - 6/30/2012 |

| | |
|---|---|
| **PROJECT** | |
| **LOCATION** | **HYATT REGENCY RIVERFRONT HOTEL** |
| **PROJECT TYPE** | **St. Louis, MO** |
| | **Conversion** from Adams Mark Hotel. Full renovation to guest room/bath and corridors, 73,000 s.f. meeting space, public restrooms, Demolition of four restaurants and build back to two hotel operated restaurants and a leased Ruths' Chris Steakhouse. Build out of a hotel-operated Starbucks. Renovated registration and front lobby, adding new porte cochere entry, relocation and build out of fitness center from top floor to first floor, conversion of top floor pool and fitness center into addition meeting space. **Miscellaneous BOH and ECM projects totaling more than 3mm added at the completion of the base project due to overall savings realized after full buyout.** |
| **NO. OF GUESTROOMS** | 910 Rooms |
| **OVERALL BUDGET** | $63,000,000.00 |
| **OVERALL SCHEDULE** | 2/08/08 - 9/30/10 |

| | |
|---|---|
| **PROJECT** | |
| **LOCATION** | **DOUBLETREE HOTEL** |
| **PROJECT TYPE** | **San Pedro, CA (Suburb of Los Angeles)** |
| | **Conversion** from a non-branded hotel. Full guest room/bath and corridor renovation, registration, lobby, restaurant, meeting space, guest fitness and pool locations, exterior skin repair and upgrade, select BOH HVAC and life safety upgrades. |
| **NO. OF GUESTROOMS** | 226 Rooms |
| **OVERALL BUDGET** | $12,000,000.00 |
| **SCHEDULE** | 2/13/2005 - 12/20/2006 |

| | |
|---|---|
| **PROJECT** | |
| **LOCATION** | **aLOFT Hotel** |
| **PROJECT TYPE** | **National Harbor, MD** |
| **NO. OF GUESTROOMS** | **Ground-Up** (Non-Prototypical Property) with Retail on First and Second Floor |
| **OVERALL BUDGET** | 190 Rooms |
| **OVERALL SCHEDULE** | $58,000,000.00 |
| | 6/01/06 - 4/05/09 |

| | |
|---|---|
| **PROJECT** | |
| **LOCATION** | **W Hotel** |
| **PROJECT TYPE** | **Somewhere USA** |
| | **Due Diligence assignment.** Requested to review the options of converting this existing property into an aLOFT and Element hotel(s) under one roof. |
| **NO OF GUESTROOMS** | 331 Rooms total - 231 aLOFT/100 Element |
| **OVERALL BUDGET** | $39,771,000.00 |
| **OVERALL SCHEDULE** | **The due diligence assignment was completed within one week** - to include a detailed Scope of Work, Development Budget with construction estimate back up and Development Schedule. |

| | |
|---|---|
| **PROJECT** | |
| **LOCATION** | **"Project White" - Six Continents Hotels** |
| **PROJECT TYPE** | **US and Carribean** |



**NO. OF GUEST ROOMS**
**OVERALL BUDGET**
**OVERALL SCHEDULE**

**Due Diligence** Assignment for potential acquisition of a brand by Six Continents. Tasked with completing onsite reviews of each of the 137 properties and providing overall reports with budgets entailing the scope of work required to bring each property up to the new converted brand type standards.
36,156 Rooms (137 properties)
$2,280,000.00 for brand conversion
Overall project was completed in 12 weeks

**The above are only a few examples of the outstanding work performed by the executives at VHA. The list goes on and on, but our intent for the website is to provide only a glimpse of the type of assignments and breadth of experience we have. We look forward to speaking with you and exploring the resources we can provide your organization.**



**VANDEVEER**
**hospitality advisors, inc.**

*"SPECIALIZATION WITH THE FRONT LINE EXPERIENCE & EXPERTISE YOU SEEK"*

- Home
- Why VHA
- Services We Provide
- Testimonials
- Clients
- Projects & Case Studies
- Member Login
- Contact Us





"SUCCESS SEEMS TO BE CONNECTED WITH ACTION. SUCCESSFUL PEOPLE KEEP MOVING. THEY MAKE MISTAKES, BUT THEY DON'T QUIT."

- Conrad Hilton

## TESTIMONIALS AND RECOMMENDATIONS WE HAVE GRACIOUSLY RECEIVED

"We have always enjoyed working with Shelly who is a true expert in this field and very trustworthy. We always knew that things wouldn't slip through the cracks and that she would keep on top of the numerous issues, vendors and consultants involved. I would highly recommend Shelly for project management services to anyone".
 - Maki Bara
**Co-Founder & Managing Director - Chartres Lodging Group**

"Shelly is enlivened by her profession and offers a client an engaged, bright and dedicate manager who has the clients' best interest at heart throughout the process of a project She knows how she wants it to end and works every day to make that success possible. Her experience is multifaceted and extensive. I always enjoyed working with her".
 - John Steele
**Former Director of Operations, JHG**

"Shelly is a very disciplined, detail oriented, fair and competent development manager. She makes our work very easy because we always know where she stands. She gives clear direction and she keeps a big group of very ego driven consultants in line. Shelly is an exceptionally capable manager and she is devoted to watching after her clients' best interest. If you want a project done well, you won't do better than Shelly".
-Larry Carver
**President, Carver & Associates**

"I have worked with many project managers over the years but rarely have run across a more thorough process than Shellys, top to bottom a complete and smooth management of every aspect of complicated projects. From budgets to design management to construction operations and everything in-between her management is unsurpassed. I highly recommend her."
- Craig Smith
**Principal, Portfolio Associates Architecture + Interior Design**

"You can always tell when a project is going to be great by how the people on the project team work together. This project (Hyatt Regency St. Louis) had some of the best, professional, fun people to be around that truly wanted to do what would be the best for the project. I truly believe that this successful project came from the leadership of Shelly".
- Bruce A. Capelle, AIA
**Sr. Project Architect, Trivers Associates**

"TRY NOT TO BECOME A MAN OF SUCCESS, BUT RATHER TRY TO BECOME A MAN OF VALUE"

- Albert Einstein

