# Exhibit C


V A N D E V E E R
hospitality advisors, inc.

# Welcome to Vandeveer Hospitality Advisors

## *"Specialization with the Front Line Experience & Expertise You Need"*

Vandeveer Hospitality Advisors (VHA) a WBE entity was formed in October 2012 by four senior executives who have extensive experience and expertise in the following primary disciplines which reflect our **core competencies** in the hospitality field.

1. **Physical Asset Evaluation, Planning and Implementation**
2. **Investment Underwriting and Strategic Advice**
   - Sales and Marketing Guidance and Recommendations
   - Operational/Financial Evaluations & Asset Management

We provide **targeted expertise** and do not purport to be "all things to all people." One of our "points of difference" is that all our executives have **front-line experience,** have seen all types of issues and approaches and have actually implemented the solutions to remedy the same. Our cost effective services are performed by our senior staff that have over 125 years of combined experience.

Typically, our assignments are **best accomplished by the combination (integration) of our skill sets** as appropriate instead of just one advisor providing generalized solutions. We give you complete, comprehensive evaluations and solutions under "one roof" and not just pieces that require the potentially disparate analyses of multiple firms that may not yield cohesive solutions for the requirements of your objectives. We give you the entire, realistic "picture" for you to make informed, knowledgeable decisions.



# The Services We Provide

Our focus is on the <u>Physical Asset</u> as well as <u>Investment and Strategic Advice</u>.  And since we do this "in-house", we are able to better maintain the extremely high quality level of detail, insight and advice that we demand and you get.  And remember, we guarantee our results by taking the risk with you.  We work with your team on implementation. Everybody has a stake, and the "buy-in" needs to be universal.

We are aware that the level and type of service you may require is contingent on your own internal skill sets as well as the timing that is involved.  As such, we have carefully crafted our services to minimize your cost while maximizing the benefits that we bring.  So, let us show you our approaches:

## Physical Asset Evaluation, Planning, and Implementation

We provide anything to do with the physical asset with respect to conversions, renovations, redevelopment, and capital expenditure programs.  As experts in this specialty, we provide due diligence, PIP estimates, and cost estimating as well as owner representation and project management services.

These services are often involved in acquisitions, capital expenditure planning, asset improvement requirements, and asset repositioning.  One area that is often overlooked is the disposition of a hospitality asset.



Physical Asset Evaluation (Due Diligence)

It is important to note that the more detailed the evaluation, the more accuracy you get and the less risk you have. But everything has a cost constraint and circumstances may require one approach either in lieu of or before another. We put forth the same high quality effort toward the professional advice and recommendation you seek.  The Physical Asset Evaluation Options we provide include the following:

**The First Glance:** This is generally the "back of the envelope" look at a potential acquisition.  It is used as a frame of reference to determine if the acquisition meets a certain criteria from an investment perspective.  We ask a series of questions which will give us a very general scope of work and then examine the asset from a desktop viewpoint.  The end product is a brief 2-3 page report with square foot (SF) cost by major areas of the asset.  There is typically no site visit and the cost is low, the value is high.  It takes about a day to perform this work.

Project Management Services

Project Management (PM) Services require relentless attention to organization, coordination, and detail. And that is the only way we work. There are no comprises or shortcuts to this work ethic. This is the only way we guarantee success as well as be willing to take the risk with you. Name another firm that takes this approach. You can't.

We place tremendous importance on the planning phase of project management as well as the selection of the correct project team. The success of your project directly relates to how well these two facets are performed. We are meticulous in managing the project team and demand an extraordinary level of proficiency and strict adherence to all contracts that we put in place on your behalf. Accountability is paramount in our approach.

Read again the "**Why VHA**" section. All those reasons are our "points of difference" in our management methodology and style. We are very process driven and structured in our approach. We have seen it all when it comes to what can potentially occur with your project. Because we are so proactive, we foresee most issues and have alternatives and solutions readily available.

Here is what you can expect: You will always be up to date on the status of your project, always be knowledgeable, always be secure and have the "peace of mind" you need. It is our job, not yours, in making sure that your project is successful.

Owner Representation Services

You will want to engage us to provide Owner Representation (OR) Services if you want professional, impartial representation to protect your interests, especially if you have a major equity interest in a project. The difference between PM and OR services is that the latter strictly monitors, reviews, and advises with regards to the planning and implementation of a project's scope, budget, schedule, and quality levels. OR involves oversight and reporting and may include all or part of the following services:

1. Review the Project Team organization, relevant P&P processes, staffing levels and competency, decision making and approval structures.
2. Review draws and cash flow forecasts
3. Attend monthly owner meetings
4. Participate in weekly phone calls with the project team
5. Review work implemented during the month for quality and adherence to construction documents and specifications.
6. Monitor RFIs
7. Review and comment of Change Orders and change order logs
8. Represent you with the Project Team for certain issues and occurrences
9. Issue a monthly report updating the status of the project with regard to budget, schedule, and scope changes and identify material outstanding or potential issues.

Our **value proposition** for you is summarized below:

1. A very cost effective approach that truly minimizes your risk.
2. Verification of status of a project from an impartial perspective by a professional group that has the skill sets that understands all facets and disciplines in the process.
3. Major objective is to solely protect your interests. This allows you **"peace of mind"** and the ability to focus on non-project related items.

# Our Team

**An advisory group is only as good as the people performing the assignment.** VHA was formed by four senior executives with distinct areas of specialty that has defined the targeted services that we provide. Each executive has a wide breadth of front-line management experience and expertise in their respective areas of specialization. Let us introduce you to VHA's outstanding staff that will provide the superior advice and product that you require:



Shelly Vandeveer, President and co-founder of VHA, has 20 years in the hospitality industry and has developed an exceptional reputation for providing superior results in the field of hotel development, redevelopment and renovation management as well as physical asset evaluations. Her experience, tenacity and attention to detail have provided her clients with successful projects that were completed on time and within budget. Moreover, due to her efforts, all project management assignments were able to increase the scope of work beyond that initially approved by the Clients while not increasing the established budget. That is an example of value creation. Don't take our word, just read la few of the testimonials and words of praise that she has garnered over the years.

She is effective and efficient in providing detailed due diligence evaluations on the physical plant, PIP pricing and subsequent negotiations as well as providing owner representation/project management services. Of note, her most recent assignment involved the renovation of 80 extended stay properties (10,000 rooms) with a $187 million budget. The project from design, construction and close out was completed within a mandated 18 month timeframe which involved 22 projects being implemented at one time. She developed the organizational structure, process and procedures, provided the training for implementation and the senior executive oversight for the successful completion of this massive program.

Shelly has recently co-founded **Vandeveer Hospitality Advisors, Inc. (VHA)** a unique firm of four senior executives who are specialist in his/her respective field. VHA specializes in the following disciplines; Physical Asset Evaluation Planning and Implementation, Investment Underwriting and Strategic Advice; Sales and Marketing Guidance and Recommendations; as well as Operational/Financial Evaluations and Asset Management.

Prior to the co-founding of VHA, Shelly worked for The John Hardy Group, Inc., a leading development services company in the hospitality industry. Her 13 year tenure with the firm began with the position of Onsite Project Manager with continual promotions until reaching the Senior Executive level of Senior Project Director overseeing an average of 3-5 multi-million dollar projects at varying stages at any one time.

A few examples of Shelly's accomplishments at The John Hardy Group include program managing the 80 hotel renovation for InterContinental Hotel Group and Hospitality Properties Trust as highlighted above; a capital expenditure assignment with Crow Holdings that involved 8 Wyndham Hotels located throughout the U.S.; the prototype development of the aloft brand and managing the aloft National Harbor, MD new build project; project directing the $63 million redevelopment of the Hyatt Regency Riverfront, St. Louis, MO, and a multitude of due diligence and PIP pricing exercises for hotel brands of all types and sizes, including the complete due diligence for an acquisition of three convention hotels containing over 3000 rooms as well as the due diligence for the acquisition of the large LaCosta Resort and Spa.

Prior to JHG, Shelly was employed with The Lodging Interiors Group of Atlanta, Georgia as a Project Director for 2 years. She was responsible for budget and scheduling control, RFP development and analysis, contract negotiation, project material purchasing and cash flow analysis. Prior to working at The Lodging Interiors Group, Shelly was employed with The Refinishing Touch for 5 years as a Project Manager and Contract Administrator.

Shelly graduated from Kennesaw State University, Kennesaw, Georgia with a Bachelor in Business Administration and attended Success Training and Marketing Strategy Seminars at Emory University.

During **Steven Pollak's** 35 years in the hospitality industry, he has developed a reputation for  outstanding analysis, insight, and leadership with Clients. His background is diverse with expertise in operations, market and financial projections, site selection, investment structuring and advice, and asset management. Steven is known for his detail evaluations and "thinking outside the box", thus determining creative solutions for most objectives or issues.

Steven recently co-founded **Vandeveer Hospitality Advisors (VHA)**, a unique firm of four senior executives who are specialists in his/her respective field. VHA specializes in the following disciplines: Physical Asset Evaluation Planning and Implementation; Investment Underwriting and Strategic Advice; Sales and Marketing Guidance & Recommendations; as well as Operational/Financial Evaluations and Asset Management.

Steven was the Director of Development and Advisory Services for 13 years and a member of the Executive Committee for the John Hardy Group, a leading development services company in the hospitality industry. He was responsible for the overall coordination of the company's hotel acquisition and new development efforts as well as performing a variety of advisory consulting services including condominium conversion analyses, evaluation of properties' operations and financial statements, development of operating proformas, investment structuring and advice, management and franchise contract negotiation, and resort master-planning. Steven was also responsible for the largest fee contract for JHG: the due diligence of 135 hotel properties within a twelve-week timeframe. He developed the project methodology, implementation plan, documentation processes, quality control, and final management review of the end-product.

Prior to joining JHG, Steven was Asset Manager for Bristol Hotels and Resorts with responsibility for the development and implementation of construction accounting and project management systems for $120 million of renovations and capital projects.

He has worked for two hotel companies, Prism Hotels and Integra Hotel Company, as Vice President or Director of Development and Acquisitions where he conducted market, operational and financial due diligence on a wide variety of hospitality assets, negotiated management and franchise contracts, and assisted in financial structuring.

Steven worked over eight years for a variety of hospitality consulting companies, including L&H, PKF, & Cini Grissom & Associates, performing portfolio acquisition analyses, feasibility studies in over 75 markets nationwide, operational review of city clubs and five star hotels, RFP creation and analysis for institutional clients as well as managing the development of policy & procedure manuals for the Marine Corps Club System at Quantico.

Steven received a BA degree in Political Science at Cornell University in 1972 and attended the Graduate School of Hotel Administration at Florida International University in 1975 before accepting a job at Westin Hotels and Resorts to begin his hospitality career.

**Vincent Sikora** has one of the most impressive backgrounds and leadership track records in the hospitality industry. Instead of writing all the superlatives regarding his career, it is best that you read it for yourself.

Prior to his retirement, Vince was Executive Vice President – Market Organization for Marriott Vacation Club International where he was responsible for the execution of business goals through the supervision of 19 Vice Presidents in an organization with 53 resorts with annual revenues exceeding $1 billion. He successfully led the effort to "re-engineer the business practices and the "customer centric" approach in the following areas: design and construction, marketing and sales, finance and accounting, and operations.

For five years, Vince was Executive Vice President for the Davidson Hotel Company and was responsible for the operation and financial performance of 28 multi-brand, full service hotels. Through his leadership of the Operations Team, all the hotels achieved dramatic increases in REVPAR and House Profit margins while improving guest service and perception of each of the hotels. The company grew from an annuals sales volume of $45 million in 1992 to $275 million in 1998.

As Vice President – Resort Operations at Walt Disney World Resorts, Vince was responsible for over 11,200 guestrooms that generated annual sales of $900 million in 10 major resort properties. Operational responsibilities included ensuring an outstanding guest experience in accommodations, food & beverage, merchandise and recreation while maximizing revenue potential and profitability. During his tenure, he was a member of the Disney Team that opened 4 additional resort properties (4,700 rooms), 3 major convention facilities (200,000+ SF in meeting space), received numerous hospitality industry awards for excellence in menus, table top designs, amenity packages, etc. He also was responsible for the $150 million in renovations of existing Disney lodging assets.

Prior to joining Disney, Vince was Executive Vice President of Integra (formerly Brock Hotel Corporation) where he was responsible for the turnaround of 40 aging and financially impaired properties that primarily included Holiday Inns, Days Inns, and Residence Inns. He successfully achieved the company's objectives by the reassessment and repositioning of all hotels and upgrade of their physical plants as well as property management with a major emphasis on sales and marketing efforts. He directed the development of several new Embassy Suites and participated in the acquisition of 4 properties.

In 1984, Vince joined Interstate Hotel Corporation as Senior Vice President – Operations where he had complete responsibility for the operation and financial performance of 17 hotels, the majority of which were Marriott franchises. Major accomplishments included significant profit improvement of existing operations, upgrading the professionalism of the company's operations personnel through training, and doubling the company revenues as well as the number of hotels. He had active involvement in the development, design, construction and opening of new hotels.

Vince spent 18 years with Marriott Corporation where he held many positions at the property level, beginning as an assistant restaurant manager to controller to resident manager and finally general manager for three different properties. From there he became Vice President – Rooms Division & Related Services. During this 4 year period, the company experienced over 100% growth of the Hotel Division from 41 to 96 hotels, both domestic and international. Vince directed the development of the company's customized Property Management System as well as MARSHA, Marriott's inventory based national reservation system.

Vince has a B.S in Business Administration from the University of Denver.