# Exhibit D



|  |  |  |
|---|---|---|
|  | **STATE OF GEORGIA**<br>**2014 Corporation Annual Registration** | Secretary of State<br>Control No.: 12084636<br>Date Filed:1/3/2014 11:15:59 AM |

**Brian P. Kemp**
**Secretary of State**

OFFICE OF THE SECRETARY OF STATE
Annual Registration Filing
P.O. Box 23038
Columbus, Georgia 31902-3038

**Information on record as of: 11:15:59 AM**

**Entity Control No. 12084636**          **Amount Due: $50.00**          **Amount Due AFTER June 1, 2014: $75.00**

VANDEVEER HOSPITALITY ADVISORS INC.
616 Green Street
Suite A
Gainesville, Georgia 30501

**Each business entity registered or filed with the Office of Secretary of State is required to file an annual registration.** Amount due for this entity is indicated above and below on the remittance form. Annual fee is $50. If amount is more than$50 , the total reflects amount(s) due from previous year(s) and any applicable late fee(s). **Renew by April 1,2013** Your Annual Registration must be postmarked by June 1,2014. If your registration and payment are not postmarked by June 1,2014, you will be assessed a $25.00 late filing penalty fee.

For faster processing, we invite you to file your Annual Registration online with a credit card at Http://www.sos.ga.gov/corporations/ The Corporations Division accepts Visa, MC, Discover, American Express and ATM/Debit Cards with the Visa or MC logo for online filings only. Annual Registrations not processed online require payment with a check, certified bank check or money orde**r. We cannot accept cash for payment.**

You may mail your registration in by submitting the bottom portion of this remittance with a check or money order payable to "Secretary of S t a t e " . **All checks must be pre-printed with a complete address in order to be accepted by our offices for your filing. Absolutely, no counter or starter checks will be accepted. Failure to adhere to these guidelines will delay or possibly reject your filing.** Checks that are dishonored by your bank are subject to a $30.00 NSF charge. Failure to honor your payment could result in a civil suit filed against you and/or your entity may be Administratively Dissolved by the Secretary of State. [See O.C.G.A. § 13-6-15 and Title 14, respectively.]

Officer, address and Agent information currently of record is listed below. Please verify "county of registered office." If correct and complete, detach bottom portion, sign, and return with payment. Or, enter changes as needed and submit. Complete each line, even if the same individual serves as Chief Executive Officer, Chief Financial Officer, and Secretary of the corporation.
**Note: Registered Agent address must be a street address in Georgia where the agent may be served personally. A mail drop or P.O. Box does not comply with Georgia law for registered office. P.O. Boxes may be used for principal office and officers'addresses.**

Any person authorized by the entity to do so may sign and file registration (including online filing). Additionally, a person who signs a document submits an electronic filing he or she knows is false in any material respect with the intent that the document be delivered to the Secretary of State for filing shall be guilty of a misdemeanor and, upon conviction thereof, shall be punished to the highest degree permissible by law. [O.C.G.A. § 14-2-129.]

Please return ONLY the original form below and applicable fee(s). For more information on Annual Registrations or to file online, visit Http://www.sos.ga.gov/corporations/ Or, call 404-656-2817.

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| VANDEVEER HOSPITALITY ADVISORS | 5540 Jackson Drive, 100 | Marietta | GA | 30068 |
| CEO: Shelly  Vandeveer | 4800 Hiawatha Drive | Gainesille | Georgia | 30506 |
| CFO: Steven  Pollak | 5540 Jackson Drive | Marietta | Georgia | 30068 |
| SEC: Steven  Pollak | 5540 Jackson Drive | Marietta | Georgia | 30068 |

**THE ABOVE INFORMATION HAS BEEN UPDATED TO:**

| CORPORATION NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| VANDEVEER HOSPITALITY ADVISORS INC. | 616 Green Street, Suite A | Gainesville | Georgia | 30501 |
| CEO: Shelly  Vandeveer | 616 Green Street, Suite A | Gainesille | Georgia | 30501 |
| CFO: Derrick  Galunas | 616 Green Street, Suite A | Gainesville | Georgia | 30501 |
| SEC: Derrick  Galunas | 616 Green Street, Suite A | Gainesville | Georgia | 30501 |

| AGT: UNITED STATES CORPORATION AGENTS, INC. | 1420 Southlake Plaza Dr. | Morrow | Georgia | 30260 |
|---|---|---|---|---|
| I CERTIFY THAT I AM AUTHORIZED TO SIGN THIS FORM AND THAT THE INFORMATION IS TRUE AND CORRECT. | P.O. BOX NOT ACCEPTABLE FOR REGISTERED AGENT'S ADDRESS | COUNTY OF REGISTERED OFFICE: | Clayton County | |
| AUTHORIZED SIGNATURE:     Shelly  Vandeveer | | Date:1/3/2014 11:15:59 AM | Total Due: | |
| Title:CEO | Email: | | **$50.00** | |

BR201 2013 Corporation Annual Registration

144 120846362 0050009 VANDEVEERHOSPITALITY3 201406013 0075000