# Exhibit E

RE: RLJ - 3rd Party Project Management Opportunities - Outlook Web App, light version | Page 1 of 2

## Outlook Web App

Type here to search | Entire Mailbox ▾ | 🔍 | 📖 | 📄 Options | ❓ | Sign out

| Mail |
| Calendar |
| Contacts |
| Deleted Items |
| Drafts |
| Inbox (364) |
| Junk E-mail [5] |
| Sent Items |

Click to view all folders ❯

Manage Folders...

🔁 Reply | 🔁 Reply All | 🔁 Forward | ⬚ | ✕ | 🗑 Junk | Close | ← → ⤢

# RE: RLJ - 3rd Party Project Management Opportunities
Derrick Galunas

**Sent:** Tuesday, May 14, 2013 3:38 PM
**To:** Shelly Vandeveer [svandeveer@VandeveerHospitality.com]

AWSOME!

**From:** Shelly Vandeveer [mailto:svandeveer@VandeveerHospitality.com]
**Sent:** Tuesday, May 14, 2013 2:07 PM
**To:** Derrick Galunas
**Subject:** Fwd: RLJ - 3rd Party Project Management Opportunities

Fuck Mel and John.  See below. I will be competition now!  Celebrate!!!!

VANDEVEER HOSPITALITY ADVISORS, INC.


Shelly Vandeveer
President & CEO

678.278.9088 O.
678.592.1158 M
svandeveer@vandeveerhospitality.com
www.vandeveerhospitality.com
5540 Jackson Dr.
Suite 100
Marietta, GA. 30068


Begin forwarded message:

**From:** Anabell Felix <afelix@RLJLodgingTrust.com>
**Date:** May 14, 2013, 9:45:03 AM PDT
**To:** "Shelly Vandeveer (svandeveer@VandeveerHospitality.com)"
<svandeveer@VandeveerHospitality.com>
**Cc:** Todd Zimmerman <tzimmerman@RLJLodgingTrust.com>
**Subject:** RLJ - 3rd Party Project Management Opportunities

Shelly,

Are you available to speak to Todd and I regarding 2 possible
renovation in Texas.

RI Austin Roundrock
PS&GR 12 yr refresh
Q1 2014 Construction (may be expedited to Q4 2013 start)

CY Austin Airport
PS Bistro conversion

Q4 2013 construction start.

In addition to discussing these properties Todd will advise on
contractual agreement execution.

Regards
Anabell

Anabell Felix
Project Manager, Design and Construction
RLJ Lodging Trust | 3 Bethesda Metro Center | Suite 1000 | Bethesda, MD | 20814
(Office) 301-280-7749 | (Fax) 301-280-7750